IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tuton, Dawn P | Case Number: 08 B 11542 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 5/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: November 5, 2008
Confirmed: September 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,960.00 | |
| Secured: | | 2,100.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,374.00 |
| Trustee Fee: | | 242.67 |
| Other Funds: | | 243.33 |
| Totals: | 3,960.00 | 3,960.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Grochocinski & Grochocinski | Administrative | 1,374.00 | 1,374.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 12,150.61 | 2,000.00 |
| 5. | Sandpiper Smith Condo Association | Secured | 1,400.00 | 100.00 |
| 6. | GMAC Mortgage Corporation | Secured | 1,696.70 | 0.00 |
| 7. | Midfirst Bank | Secured | 10,130.14 | 0.00 |
| 8. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 9. | Pharia LLC | Unsecured | 442.97 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 261.75 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 920.24 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 62.49 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 571.34 | 0.00 |
| 14. | Discover Financial Services | Unsecured | 784.62 | 0.00 |
| 15. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 16. | Palos Emergency Medical Servic | Unsecured | | No Claim Filed |
| 17. | Palos Pathology LTD | Unsecured | | No Claim Filed |
| 18. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| | | | $ 29,794.86 | $ 3,474.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 171.61 |
| 6.6% | 71.06 |
| | $ 242.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Tuton, Dawn P | Case Number:  08 B 11542 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/29/09 | Filed:  5/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

